UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS: 3:05mj-221 |
| | ) | 3:05mj-222 |
| | ) | |
| v. | ) | <u>ORDER UNSEALING</u> |
| | ) | <u>SEARCH WARRANT</u> |
| D&C'S ASSAULT TECHNOLOGIES, INC.) | | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Unseal and this Order, Search Warrants and Affidavits be unsealed.

**IT IS HEREBY ORDERED** that the Motion to Unseal and this Order, Search Warrants and Affidavits be unsealed until further order of this court.

This 16th day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

DOCUMENT SCANNED